# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

FOURSTAR GROUP USA, INC.,

    Plaintiff,

v.                                              CASE NO: 8:05-CV-440-T-30MAP

TOYO ELECTRIC MANUFACTURING
COMPANY, LTD., et al.,

    Defendants.
_____/

## ORDER OF REFERRAL

**THIS COURT** has for its consideration the Motion for Service Outside the United States (Dkt. #5). The Court hereby refers the Motion to Magistrate Judge Mark Pizzo for disposition of same. The Court requests that the Magistrate Judge dispose of the Motion(s) as expeditiously as possible.

**DONE** and **ORDERED** in Tampa, Florida on May 20, 2005.

                                                  JAMES S. MOODY, JR.
                                                  UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Magistrate Judge Mark Pizzo
Counsel/Parties of Record

F:\Docs\2005\05-cv-440.referral.wpd