UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FOURSTAR GROUP USA, INC.,**

    **Plaintiff,**

v.                                Case No.  8:05-cv-440-T-30MAP

**TOYO ELECTRONIC MANUFACTURING
COMPANY LTD., et al.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Dismissal (Dkt. #50).  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1. Said Joint Stipulation (Dkt. #50) is approved.

2. This cause is dismissed with prejudice, with each party to bear their own attorneys' fees, costs and expenses in this action.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 3, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-440.dismissal 50.wpd